**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| | : **Case No.: 3:20-cv-1410 (VAB)** |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| **RAM MARUTTI LLC,** | : |
| **Defendant.** | : |
| | : |
| _____ | : **NOVEMBER 5, 2020** |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, by and through undersigned counsel, hereby gives notice to the Court that this matter has settled and it is anticipated that a stipulated request for dismissal will be filed within the next thirty (30) days.

Respectfully submitted,

Attorney for Plaintiff:

 /s/ L. Kay Wilson

L. Kay Wilson, Esq.
Fed. Juris: ct16084
WILSON LAW LLC
2842 Main Street, #332
Glastonbury, CT 06033
(860)559-3733 Tele/Text
Wilson@kaywilsonlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of November, 2020, a copy of the foregoing Notice of Settlement was filed electronically and served on all counsel of record via the Court's CM/ECF system.


/s/ <u>L. Kay Wilson, Fed. Juris ct16084</u>

2